# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Matthew Haviland | ) | Case No. |
| | ) | 19-mj-7085 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  March 10, 15, and 16, 2019  in the county of  Middlesex  in the
District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A(2) | Cyberstalking |
| 18 U.S.C. § 875(c) | Transmitting a threat in interstate commerce |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Richard Laft, Jr., FBI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/23/2019

*Judge's signature*

City and state:  Boston, MA

Hon. Jennifer C. Boal
*Printed name and title*