AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

United States of America
v.
Matthew Haviland

*Defendant*

)
)
)
)
)
)

Case No.   19-mj-7085

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Matthew Haviland                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment        ❑ Superseding Indictment        ❑ Information        ❑ Superseding Information        ☑ Complaint
❑ Probation Violation Petition        ❑ Supervised Release Violation Petition        ❑ Violation Notice        ❑ Order of the Court

This offense is briefly described as follows:

(1) Cyberstalking, in violation of 18 U.S.C. § 2261A(2); and
(2) Transmitting a threat in interstate commerce, in violation of 18 U.S.C. § 875(c)

Date:       04/23/2019

*Issuing officer's signature*

City and state:       Boston, MA

Hon.  Jennifer C. Boal
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                    _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |