**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **1:19-mj-07085-JCB** |
| | ) | |
| **MATTHEW HAVILAND** | ) | |
| | ) | |

## ASSENTED-TO MOTION FOR DETENTION HEARING

The Defendant, Matthew Haviland, moves the Court to schedule a detention hearing.  On

April 29, 2019, Mr. Haviland appeared before the Court and consented to the entry of an order of

detention without prejudice.  Mr. Haviland now seeks to be heard on the issue of his detention

and proposes that a hearing be scheduled for the afternoon of Tuesday, July 16th, subject to the

Court's availability.

> Respectfully submitted,
> MATTHEW HAVILAND
> by his attorney
> */s/ Scott Lauer*
> Scott Lauer (BBO #667807)
> FEDERAL PUBLIC DEFENDER OFFICE
> 51 Sleeper Street, 5th Floor
> Boston, MA 02210
> 617-223-8061 (phone)
> 617-223-8080 (fax)
> Scott_Lauer@fd.org

### Certificate of Service

I, Scott Lauer, hereby certify that this document was this day filed through the ECF system and
will be sent electronically to the registered participants as identified on the Notice of Electronic
Filing ("NEF"), as well as U.S. Probation Officer Susan Walls by electronic mail.

Date: July 1, 2019                                              */s/ Scott Lauer*
                                                                        Scott Lauer

1