✎ AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Matthew Haviland

## WAIVER OF INDICTMENT

CASE NUMBER:   1:19-10312 LTS

I, _____Matthew Haviland_____ , the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on _____September 17, 2019_____ prosecution by indictment and consent that the pro-
                                           _Date_

ceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
                    _Judicial Officer_