UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 19-cr-10312-LTS |
| | ) | |
| MATTHEW HAVILAND, | ) | |
| Defendant. | ) | |

## **MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

NOW COMES the Defendant, Matthew Haviland, and moves, pursuant to Fed. R. App. P. 4(b), to extend the deadline by which he may file a Notice of Appeal. Defendant requests the deadline be extended by thirty days, to Monday, September 21, 2020.

As grounds, undersigned counsel states that, due to a vacation and issues related to the COVID-19 pandemic, he has been unable to consult sufficiently with the Defendant regarding his right to and desires respecting an appeal, and requests the extension so as to be able to consult further.

Respectfully submitted,
MATTHEW HAVILAND,
By his attorney,


/s/Ian Gold
Ian Gold (BBO# 665948)
185 Devonshire Street, Suite 302
Boston, Mass. 02210
(617) 297-7686 (office & mobile)
ian.gold@iangoldlaw.com


Date: August 19, 2020

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that true copies of this document will be served on Assistant United States Attorney William Bloomer and the other registered parties through the ECF system on this date, Aug. 19, 2020.

<u>/s/Ian Gold</u>
Ian Gold
